# United States Bankruptcy Court
## District of Minnesota

In re: Joseph John Klebs, Debtor(s)

Case No.
Chapter **13**

## STATEMENT UNDER PENALTY OF PERJURY RE:
## PAYMENT ADVICES DUE PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)

[✓] **Debtor 1** has attached to this statement copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer.

[ ] **Debtor 1** has not filed copies of payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

  [ ] Debtor 1 was not employed during the 60 days preceding the filing of the petition;

  [ ] Debtor 1 was employed for only a portion of the 60 days preceding the filing of the petition. Please specify period during which debtor was unemployed;

  [ ] Debtor 1 was self-employed during the 60 days preceding the filing of the petition;

  [ ] Debtor 1 received only unemployment, veteran's benefits, social security, disability or other retirement income during the 60 days preceding the filing of the petition; or

  [ ] Other (please explain):

I declare under penalty of perjury that I have read this Statement and it is true to the best of my knowledge, information and belief.

Signature of Debtor 1: /s/ Joseph John Klebs     Date: March 13, 2018

*************************************************************

[ ] **Debtor 2** has attached to this statement copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer.

[ ] **Debtor 2** has not filed copies of payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

  [ ] Debtor 2 was not employed during the 60 days preceding the filing of the petition;

  [ ] Debtor 2 was employed for only a portion of the 60 days preceding the filing of the petition. Please specify period during which debtor was unemployed;

  [ ] Debtor 2 was self-employed during the 60 days preceding the filing of the petition;

  [ ] Debtor 2 received only unemployment, veteran's benefits, social security, disability or other retirement income during the 60 days preceding the filing of the petition; or

  [ ] Other (please explain):

I declare under penalty of perjury that I have read this Statement and it is true to the best of my knowledge, information and belief.

Signature of Joint Debtor 2:     Date: March 13, 2018

***IMPORTANT NOTE:** Please make sure all **SOCIAL SECURITY** numbers, routing numbers and account numbers are **redacted** before filing. If the income records include the year to date amounts, you are only required to

submit the first and last pay stubs from the previous 60 days.

| Employee Name | Employee ID | Department | Rate/Salary | Period End | Pay Date | Net Pay |
|---|---|---|---|---|---|---|
| JOSEPH KLEBS | 030153 | COR-OFF-2 | 33.55/HR | 2018-01-19 | 2018-02-01 | $2,124.65 |

### EARNINGS

| Description | Hours | Rate | This Pay | Y-T-D |
|---|---|---|---|---|
| PTO Pd $ | 20.00 | 33.55 | 670.93 | 670.93 |
| Employer Contribution | | | 387.50 | 1,162.50 |
| Shift | | | 7.43 | 39.20 |
| OT @1.5 $ | 3.00 | 50.32 | 150.96 | 851.14 |
| Overtime @ 1.0 $ | | | | 130.91 |
| Comp Pd $ | 12.00 | 33.55 | 402.56 | 402.56 |
| Personal Dy $ | | | | 261.83 |
| Hldy Wrkd @1.5 $ | 8.00 | 50.32 | 402.56 | 402.56 |
| Hldy Pd $ | | | | 261.83 |
| Reg $ | 48.00 | 33.55 | 1,610.23 | 6,355.83 |

### TAXES WITHHELD

| Description | This Pay | Y-T-D |
|---|---|---|
| FICA-EE Deduction | 217.31 | 613.61 |
| Medicare EE-Deduction | 50.82 | 143.50 |
| Fed Tax | 639.88 | 1,774.13 |
| State Tax STE | 209.60 | 587.76 |

### ADDITIONAL PAYMENTS

| Description | Hours | Rate | This Pay | Y-T-D |
|---|---|---|---|---|
| Contract Pay | | | | 160.00 |
| Longevity PERA Taxable | | | 210.42 | 210.42 |

### OTHER DEDUCTIONS (* reduces tax)

| Description | This Pay | Y-T-D |
|---|---|---|
| *PERA Corrections-EE | 189.16 | 555.99 |
| *PERA Retro-EE | 12.27 | 12.27 |
| *Medica Ins | 318.00 | 954.00 |
| *Dental | 20.93 | 62.79 |
| Short Term Dis-Optional | 20.68 | 62.03 |
| Long Term Dis-Optional | 4.79 | 14.37 |
| Parking County | 10.00 | 30.00 |
| LELS-Union Dues | 24.50 | 73.50 |

### ACCRUALS

| Description | Prior | Earned | Taken | Balance |
|---|---|---|---|---|
| Comp Hrs Accrd | 12.00 | 0.00 | 12.00 | 0.00 |
| PTO Hrs Accrd | 200.00 | 9.86 | 20.00 | 189.86 |
| Prs Day Accrd | 24.00 | 0.00 | 0.00 | 24.00 |

### BENEFITS (* taxable)

| Description | This Pay | Y-T-D |
|---|---|---|
| FICA ER Contribution | 217.31 | 613.61 |
| Medicare ER Contribution | 50.82 | 143.50 |
| Health Ins ER | 15.00 | 45.00 |
| VEBA Contrib ER | | 480.00 |
| Life Insurance-ER | 1.75 | 5.25 |
| **Other Benefits** | **303.64** | **856.83** |

### SUMMARY

| | Earnings | Taxes | Deductions | Net Pay | Benefits |
|---|---|---|---|---|---|
| This Pay | 3,842.59 | 1,117.61 | 600.33 | 2,124.65 | 588.52 |
| Y-T-D | 10,909.71 | 3,119.00 | 1,764.95 | 6,025.76 | 2,144.19 |

### NET PAY DISTRIBUTION

| Description | Bank Account | Amount |
|---|---|---|
| Pay by Deposit | Checking ****185 | 2,124.65 |

### TAX FILING INFORMATION

| | Filing Status | # Exemptions | Add'l Exempt Amt | Add'l $ or % PP |
|---|---|---|---|---|
| Federal | Single | 0 | | |
| State | 01-Single | 0 | | |

### IMPORTANT MESSAGES

.

**Stearns County**
705 Courthouse Square
St Cloud, MN  56303
USA     320-656-3600

**U S Bank**
P. O. Box 64665
St Cloud, MN  55164-9424
USA

Pay Date  20180201
YYYY MM DD

PAY     Two Thousand One Hundred Twenty Four Dollars and 65 Cents                    $2,124.65

TO      **JOSEPH KLEBS**
        821 7TH ST N
        SARTELL, MN  56377
        USA

**NON-NEGOTIABLE**

JAIL

| Employee Name | Employee ID | Department | Rate/Salary | Period End | Pay Date | Net Pay |
|---|---|---|---|---|---|---|
| JOSEPH KLEBS | 030153 | COR-OFF-2 | 33.55/HR | 2018-02-02 | 2018-02-15 | $1,771.47 |

### EARNINGS

| Description | Hours | Rate | This Pay | Y-T-D |
|---|---|---|---|---|
| PTO Pd $ | 17.25 | 33.55 | 578.68 | 1,249.61 |
| Employer Contribution | | | 387.50 | 1,550.00 |
| Shift | | | 4.40 | 43.60 |
| OT @1.5 $ | | | | 851.14 |
| Overtime @ 1.0 $ | | | | 130.91 |
| Comp Pd $ | | | | 402.56 |
| Personal Dy $ | | | | 261.83 |
| Hldy Wrkd @1.5 $ | | | | 402.56 |
| Hldy Pd $ | | | | 261.83 |
| Reg $ | 62.75 | 33.55 | 2,105.04 | 8,460.87 |

### TAXES WITHHELD

| Description | This Pay | Y-T-D |
|---|---|---|
| FICA-EE Deduction | 169.75 | 783.36 |
| Medicare EE-Deduction | 39.71 | 183.21 |
| Fed Tax | 380.40 | 2,154.53 |
| State Tax STE | 158.68 | 746.44 |

### OTHER DEDUCTIONS (* reduces tax)

| Description | This Pay | Y-T-D |
|---|---|---|
| *PERA Corrections-EE | 156.72 | 712.71 |
| *PERA Retro-EE | | 12.27 |
| *Medica Ins | 318.00 | 1,272.00 |
| *Dental | 20.93 | 83.72 |
| Short Term Dis-Optional | 20.67 | 82.70 |
| Long Term Dis-Optional | 4.79 | 19.16 |
| Parking County | 10.00 | 40.00 |
| LELS-Union Dues | 24.50 | 98.00 |

### ADDITIONAL PAYMENTS

| Description | Hours | Rate | This Pay | Y-T-D |
|---|---|---|---|---|
| Contract Pay | | | | 160.00 |
| Longevity PERA Taxable | | | | 210.42 |

### ACCRUALS

| Description | Prior | Earned | Taken | Balance |
|---|---|---|---|---|
| PTO Hrs Accrd | 189.86 | 9.86 | 17.25 | 182.47 |
| Prs Day Accrd | 24.00 | 0.00 | 0.00 | 24.00 |

### BENEFITS (* taxable)

| Description | This Pay | Y-T-D |
|---|---|---|
| FICA ER Contribution | 169.75 | 783.36 |
| Medicare ER Contribution | 39.71 | 183.21 |
| Health Ins ER | 15.00 | 60.00 |
| VEBA Contrib ER | | 480.00 |
| Life Insurance-ER | 1.75 | 7.00 |
| **Other Benefits** | **236.52** | **1,093.35** |

### SUMMARY

| | Earnings | Taxes | Deductions | Net Pay | Benefits |
|---|---|---|---|---|---|
| This Pay | 3,075.62 | 748.54 | 555.61 | 1,771.47 | 462.73 |
| Y-T-D | 13,985.33 | 3,867.54 | 2,320.56 | 7,797.23 | 2,606.92 |

### NET PAY DISTRIBUTION

| Description | Bank Account | Amount |
|---|---|---|
| Pay by Deposit | Checking ****185 | 1,771.47 |

### TAX FILING INFORMATION

| | Filing Status | # Exemptions | Add'l Exempt Amt | Add'l $ or % PP |
|---|---|---|---|---|
| Federal | Single | 0 | | |
| State | 01-Single | 0 | | |

### IMPORTANT MESSAGES



Stearns County
705 Courthouse Square
St Cloud, MN  56303
USA      320-656-3600

U S Bank
P. O. Box 64665
St Cloud, MN  55164-9424
USA

Pay Date  20180215
YYYY MM DD

**PAY**  One Thousand Seven Hundred Seventy One Dollars and 47 Cents     $1,771.47

**TO**  JOSEPH KLEBS
821 7TH ST N
SARTELL, MN  56377
USA

JAIL

**NON-NEGOTIABLE**

| Employee Name | Employee ID | Department | Rate/Salary | Period End | Pay Date | Net Pay |
|---|---|---|---|---|---|---|
| JOSEPH KLEBS | 030153 | COR-OFF-2 | 33.55/HR | 2018-01-05 | 2018-01-18 | $1,916.53 |

### EARNINGS

| Description | Hours | Rate | This Pay | Y-T-D |
|---|---|---|---|---|
| Employer Contribution | | | 387.50 | 775.00 |
| Shift | | | 8.12 | 31.77 |
| OT @1.5 $ | 0.50 | 50.32 | 25.16 | 700.18 |
| OT @1.5 $ | 2.25 | 49.09 | 110.46 | |
| Overtime @ 1.0 $ | 4.00 | 32.73 | 130.91 | 130.91 |
| Personal Dy $ | 8.00 | 32.73 | 261.83 | 261.83 |
| Hldy Pd $ | 8.00 | 32.73 | 261.83 | 261.83 |
| Reg $ | 40.00 | 33.55 | 1,341.86 | 4,745.60 |
| Reg $ | 24.00 | 32.73 | 785.48 | |

### TAXES WITHHELD

| Description | This Pay | Y-T-D |
|---|---|---|
| FICA-EE Deduction | 194.41 | 396.30 |
| Medicare EE-Deduction | 45.46 | 92.68 |
| Fed Tax | 552.90 | 1,134.25 |
| State Tax STE | 185.07 | 378.16 |

### OTHER DEDUCTIONS (* reduces tax)

| Description | This Pay | Y-T-D |
|---|---|---|
| *PERA Corrections-EE | 179.89 | 366.83 |
| *Medica Ins | 318.00 | 636.00 |
| *Dental | 20.93 | 41.86 |
| Short Term Dis-Optional | 20.67 | 41.35 |
| Long Term Dis-Optional | 4.79 | 9.58 |
| Parking County | 10.00 | 20.00 |
| LELS-Union Dues | 24.50 | 49.00 |

### ADDITIONAL PAYMENTS

| Description | Hours | Rate | This Pay | Y-T-D |
|---|---|---|---|---|
| Contract Pay | | | 160.00 | 160.00 |

### ACCRUALS

| Description | Prior | Earned | Taken | Balance |
|---|---|---|---|---|
| Comp Hrs Accrd | 0.00 | 12.00 | 0.00 | 12.00 |
| PTO Hrs Accrd | 190.14 | 9.86 | 0.00 | 200.00 |
| Prs Day Accrd | 8.00 | 24.00 | 8.00 | 24.00 |

### BENEFITS (* taxable)

| Description | This Pay | Y-T-D |
|---|---|---|
| FICA ER Contribution | 194.41 | 396.30 |
| Medicare ER Contribution | 45.46 | 92.68 |
| Health Ins ER | 15.00 | 30.00 |
| VEBA Contrib ER | | 480.00 |
| Life Insurance-ER | 1.75 | 3.50 |
| Other Benefits | 271.30 | 553.19 |

### SUMMARY

| | Earnings | Taxes | Deductions | Net Pay | Benefits |
|---|---|---|---|---|---|
| This Pay | 3,473.15 | 977.84 | 578.78 | 1,916.53 | 527.92 |
| Y-T-D | 7,067.12 | 2,001.39 | 1,164.62 | 3,901.11 | 1,555.67 |

### NET PAY DISTRIBUTION

| Description | Bank Account | Amount |
|---|---|---|
| Pay by Deposit | Checking ****185 | 1,916.53 |

### TAX FILING INFORMATION

| | Filing Status | # Exemptions | Add'l Exempt Amt | Add'l $ or % PP |
|---|---|---|---|---|
| Federal | Single | 0 | | |
| State | 01-Single | 0 | | |

### IMPORTANT MESSAGES

Stearns County
705 Courthouse Square
St Cloud, MN 56303
USA       320-656-3600

U S Bank
P. O. Box 64665
St Cloud, MN 55164-9424
USA

Pay Date 20180118
YYYY MM DD

PAY    One Thousand Nine Hundred Sixteen Dollars and 53 Cents                    $1,916.53

TO    JOSEPH KLEBS
      821 7TH ST N
      SARTELL, MN 56377
      USA

JAIL

**NON-NEGOTIABLE**

| Employee Name | Employee ID | Department | Rate/Salary | Period End | Pay Date | Net Pay |
|---|---|---|---|---|---|---|
| JOSEPH KLEBS | 030153 | COR-OFF-2 | 32.73/HR | 2017-12-22 | 2018-01-04 | $1,984.58 |

### EARNINGS

| Description | Hours | Rate | This Pay | Y-T-D |
|---|---|---|---|---|
| Employer Contribution | | | 387.50 | 387.50 |
| Shift | | | 23.65 | 23.65 |
| OT @1.5 $ | 11.50 | 49.09 | 564.56 | 564.56 |
| Reg $ | 80.00 | 32.73 | 2,618.26 | 2,618.26 |

### TAXES WITHHELD

| Description | This Pay | Y-T-D |
|---|---|---|
| FICA-EE Deduction | 201.89 | 201.89 |
| Medicare EE-Deduction | 47.22 | 47.22 |
| Fed Tax | 581.35 | 581.35 |
| State Tax STE | 193.09 | 193.09 |

### OTHER DEDUCTIONS (* reduces tax)

| Description | This Pay | Y-T-D |
|---|---|---|
| *PERA Corrections-EE | 186.94 | 186.94 |
| *Medica Ins | 318.00 | 318.00 |
| *Dental | 20.93 | 20.93 |
| Short Term Dis-Optional | 20.68 | 20.68 |
| Long Term Dis-Optional | 4.79 | 4.79 |
| Parking County | 10.00 | 10.00 |
| LELS-Union Dues | 24.50 | 24.50 |

### ADDITIONAL PAYMENTS

| Description | Hours | Rate | This Pay | Y-T-D |
|---|---|---|---|---|
| | | | | |

### ACCRUALS

| Description | Prior | Earned | Taken | Balance |
|---|---|---|---|---|
| PTO Hrs Accrd | 180.28 | 9.86 | 0.00 | 190.14 |
| Prs Day Accrd | 8.00 | 0.00 | 0.00 | 8.00 |

### BENEFITS (* taxable)

| Description | This Pay | Y-T-D |
|---|---|---|
| FICA ER Contribution | 201.89 | 201.89 |
| Medicare ER Contribution | 47.22 | 47.22 |
| Health Ins ER | 15.00 | 15.00 |
| VEBA Contrib ER | 480.00 | 480.00 |
| Life Insurance-ER | 1.75 | 1.75 |
| **Other Benefits** | **281.89** | **281.89** |

### SUMMARY

| | Earnings | Taxes | Deductions | Net Pay | Benefits |
|---|---|---|---|---|---|
| This Pay | 3,593.97 | 1,023.55 | 585.84 | 1,984.58 | 1,027.75 |
| Y-T-D | 3,593.97 | 1,023.55 | 585.84 | 1,984.58 | 1,027.75 |

### NET PAY DISTRIBUTION

| Description | Bank Account | Amount |
|---|---|---|
| Pay by Deposit | Checking ****185 | 1,984.58 |

### TAX FILING INFORMATION

| | Filing Status | # Exemptions | Add'l Exempt Amt | Add'l $ or % PP |
|---|---|---|---|---|
| Federal | Single | 0 | | |
| State | 01-Single | 0 | | |

### IMPORTANT MESSAGES

.



Stearns County
705 Courthouse Square
St Cloud, MN  56303
USA      320-656-3600

U S Bank
P. O. Box 64665
St Cloud, MN  55164-9424
USA

Pay Date  20180104
YYYY MM DD

PAY    One Thousand Nine Hundred Eighty Four Dollars and  58  Cents                          $1,984.58

TO    JOSEPH KLEBS
821 7TH ST N
SARTELL, MN  56377
USA

JAIL

**NON-NEGOTIABLE**

| Employee Name | Employee ID | Department | Rate/Salary | Period End | Pay Date | Net Pay |
|---|---|---|---|---|---|---|
| JOSEPH KLEBS | 030153 | COR-OFF-2 | 32.73/HR | 2017-12-08 | 2017-12-21 | $2,058.72 |

### EARNINGS

| Description | Hours | Rate | This Pay | Y-T-D |
|---|---|---|---|---|
| PTO Pd $ | 10.50 | 32.73 | 343.65 | 5,178.60 |
| Hldy Wrkd @ 2.0$ | | | | 229.10 |
| Employer Contribution | | | 387.50 | 9,300.00 |
| FTO | | | | 52.00 |
| Shift | | | 21.45 | 955.55 |
| OT @1.5 $ | 9.50 | 49.09 | 466.38 | 13,583.32 |
| Overtime @ 1.0 $ | | | | 589.11 |
| Comp Pd $ | | | | 1,972.53 |
| Personal Dy $ | | | | 523.66 |
| Hldy Wrkd @1.5 $ | | | | 3,005.41 |
| Hldy Pd $ | | | | 563.67 |
| Reg $ | 69.50 | 32.73 | 2,274.61 | 59,742.61 |

### TAXES WITHHELD

| Description | This Pay | Y-T-D |
|---|---|---|
| FICA-EE Deduction | 214.02 | 5,560.69 |
| Medicare EE-Deduction | 50.05 | 1,300.48 |
| Fed Tax | 631.68 | 16,400.19 |
| State Tax STE | 207.75 | 5,403.76 |

### ADDITIONAL PAYMENTS

| Description | Hours | Rate | This Pay | Y-T-D |
|---|---|---|---|---|
| Contract Pay | | | | 160.00 |
| Longevity PERA Taxable | | | | 885.08 |
| Uniform Allwnc | | | 302.50 | 1,210.00 |

### OTHER DEDUCTIONS (* reduces tax)

| Description | This Pay | Y-T-D |
|---|---|---|
| *PERA Corrections-EE | 181.09 | 5,046.20 |
| *PERA Retro-EE | | 51.60 |
| *Medica Ins | 284.00 | 6,816.00 |
| *Dental | 61.57 | 1,477.68 |
| Short Term Dis-Optional | 20.67 | 496.20 |
| Long Term Dis-Optional | 4.67 | 112.08 |
| Parking County | 10.00 | 240.00 |
| Aflac Insurance | 47.37 | 1,136.88 |
| LELS-Union Dues | 24.50 | 588.00 |

### ACCRUALS

| Description | Prior | Earned | Taken | Balance |
|---|---|---|---|---|
| PTO Hrs Accrd | 180.92 | 9.86 | 10.50 | 180.28 |
| Prs Day Accrd | 8.00 | 0.00 | 0.00 | 8.00 |

### BENEFITS (* taxable)

| Description | This Pay | Y-T-D |
|---|---|---|
| FICA ER Contribution | 214.02 | 5,560.69 |
| Medicare ER Contribution | 50.05 | 1,300.48 |
| Health Ins ER | 15.00 | 360.00 |
| VEBA Contrib ER | | 1,160.00 |
| Life Insurance-ER | 1.75 | 42.00 |
| Other Benefits | 273.09 | 7,682.60 |

### SUMMARY

| | Earnings | Taxes | Deductions | Net Pay | Benefits |
|---|---|---|---|---|---|
| This Pay | 3,796.09 | 1,103.50 | 633.87 | 2,058.72 | 553.91 |
| Y-T-D | 97,950.64 | 28,665.12 | 15,964.64 | 53,320.88 | 16,105.77 |

### NET PAY DISTRIBUTION

| Description | Bank Account | Amount |
|---|---|---|
| Pay by Deposit | Checking ****185 | 2,058.72 |

### TAX FILING INFORMATION

| | Filing Status | # Exemptions | Add'l Exempt Amt | Add'l $ or % PP |
|---|---|---|---|---|
| Federal | Single | 0 | | |
| State | 01-Single | 0 | | |

### IMPORTANT MESSAGES



Stearns County
705 Courthouse Square
St Cloud, MN  56303
USA      320-656-3600

U S Bank
P. O. Box 64665
St Cloud, MN  55164-9424
USA

Pay Date **20171221**
YYYY MM DD

PAY    Two Thousand Fifty Eight Dollars and 72 Cents         $2,058.72

TO    JOSEPH KLEBS
      821 7TH ST N
      SARTELL, MN  56377
      USA

JAIL

## NON-NEGOTIABLE

| Employee Name | Employee ID | Department | Rate/Salary | Period End | Pay Date | Net Pay |
|---|---|---|---|---|---|---|
| JOSEPH KLEBS | 030153 | COR-OFF-2 | 32.73/HR | 2017-11-24 | 2017-12-07 | $2,531.88 |

**EARNINGS**

| Description | Hours | Rate | This Pay | Y-T-D |
|---|---|---|---|---|
| PTO Pd $ | | | | 4,834.95 |
| Hldy Wrkd @ 2.0$ | | | | 229.10 |
| Employer Contribution | | | 387.50 | 8,912.50 |
| FTO | | | | 52.00 |
| Shift | | | 21.31 | 934.10 |
| OT @1.5 $ | 17.25 | 49.09 | 846.84 | 13,116.94 |
| Overtime @ 1.0 $ | | | | 589.11 |
| Comp Pd $ | | | | 1,972.53 |
| Personal Dy $ | | | | 523.66 |
| Hldy Wrkd @1.5 $ | | | | 3,005.41 |
| Hldy Pd $ | 16.00 | 32.73 | 523.66 | 563.67 |
| Reg $ | 64.00 | 32.73 | 2,094.60 | 57,468.00 |

**TAXES WITHHELD**

| Description | This Pay | Y-T-D |
|---|---|---|
| FICA-EE Deduction | 269.67 | 5,346.67 |
| Medicare EE-Deduction | 63.07 | 1,250.43 |
| Fed Tax | 852.90 | 15,768.51 |
| State Tax STE | 272.53 | 5,196.01 |

**ADDITIONAL PAYMENTS**

| Description | Hours | Rate | This Pay | Y-T-D |
|---|---|---|---|---|
| Contract Pay | | | | 160.00 |
| Longevity PERA Taxable | | | 820.00 | 885.08 |
| Uniform Allwnc | | | | 907.50 |

**OTHER DEDUCTIONS (* reduces tax)**

| Description | This Pay | Y-T-D |
|---|---|---|
| *PERA Corrections-EE | 203.26 | 4,865.11 |
| *PERA Retro-EE | 47.81 | 51.60 |
| *Medica Ins | 284.00 | 6,532.00 |
| *Dental | 61.57 | 1,416.11 |
| Short Term Dis-Optional | 20.68 | 475.53 |
| Long Term Dis-Optional | 4.67 | 107.41 |
| Parking County | 10.00 | 230.00 |
| Aflac Insurance | 47.37 | 1,089.51 |
| LELS-Union Dues | 24.50 | 563.50 |

**ACCRUALS**

| Description | Prior | Earned | Taken | Balance |
|---|---|---|---|---|
| PTO Hrs Accrd | 171.06 | 9.86 | 0.00 | 180.92 |
| Prs Day Accrd | 8.00 | 0.00 | 0.00 | 8.00 |

**BENEFITS (* taxable)**

| Description | This Pay | Y-T-D |
|---|---|---|
| FICA ER Contribution | 269.67 | 5,346.67 |
| Medicare ER Contribution | 63.07 | 1,250.43 |
| Health Ins ER | 15.00 | 345.00 |
| VEBA Contrib ER | | 1,160.00 |
| Life Insurance-ER | 1.75 | 40.25 |
| **Other Benefits** | **378.13** | **7,409.51** |

**SUMMARY**

| | Earnings | Taxes | Deductions | Net Pay | Benefits |
|---|---|---|---|---|---|
| This Pay | 4,693.91 | 1,458.17 | 703.86 | 2,531.88 | 727.62 |
| Y-T-D | 94,154.55 | 27,561.62 | 15,330.77 | 51,262.16 | 15,551.86 |

**NET PAY DISTRIBUTION**

| Description | Bank Account | Amount |
|---|---|---|
| Pay by Deposit | Checking ****185 | 2,531.88 |

**TAX FILING INFORMATION**

| | Filing Status | # Exemptions | Add'l Exempt Amt | Add'l $ or % PP |
|---|---|---|---|---|
| Federal | Single | 0 | | |
| State | 01-Single | 0 | | |

**IMPORTANT MESSAGES**

.

**Stearns County**
705 Courthouse Square
St Cloud, MN 56303
USA 320-656-3600

**U S Bank**
P. O. Box 64665
St Cloud, MN 55164-9424
USA

**Pay Date 20171207**
YYYY MM DD

**PAY** Two Thousand Five Hundred Thirty One Dollars and 88 Cents **$2,531.88**

**TO** **JOSEPH KLEBS**
821 7TH ST N
SARTELL, MN 56377
USA

**NON-NEGOTIABLE**

JAIL

| Employee Name | Employee ID | Department | Rate/Salary | Period End | Pay Date | Net Pay |
|---|---|---|---|---|---|---|
| JOSEPH KLEBS | 030153 | COR-OFF-2 | 32.73/HR | 2017-11-10 | 2017-11-22 | $2,134.89 |

### EARNINGS

| Description | Hours | Rate | This Pay | Y-T-D |
|---|---|---|---|---|
| PTO Pd $ | 8.00 | 32.73 | 261.83 | 4,834.95 |
| Hldy Wrkd @ 2.0$ | | | | 229.10 |
| Employer Contribution | | | 387.50 | 8,525.00 |
| FTO | | | | 52.00 |
| Shift | | | 15.54 | 912.79 |
| OT @1.5 $ | 19.00 | 49.09 | 932.75 | 12,270.10 |
| Overtime @ 1.0 $ | | | | 589.11 |
| Comp Pd $ | | | | 1,972.53 |
| Personal Dy $ | 8.00 | 32.73 | 261.83 | 523.66 |
| Hldy Wrkd @1.5 $ | | | | 3,005.41 |
| Hldy Pd $ | | | | 40.01 |
| Reg $ | 64.00 | 32.73 | 2,094.60 | 55,373.40 |

### TAXES WITHHELD

| Description | This Pay | Y-T-D |
|---|---|---|
| FICA-EE Deduction | 223.81 | 5,077.00 |
| Medicare EE-Deduction | 52.34 | 1,187.36 |
| Fed Tax | 664.46 | 14,915.61 |
| State Tax STE | 217.84 | 4,923.48 |

### OTHER DEDUCTIONS (* reduces tax)

| Description | This Pay | Y-T-D |
|---|---|---|
| *PERA Corrections-EE | 207.93 | 4,661.85 |
| *PERA Retro-EE | | 3.79 |
| *Medica Ins | 284.00 | 6,248.00 |
| *Dental | 61.57 | 1,354.54 |
| Short Term Dis-Optional | 20.67 | 454.85 |
| Long Term Dis-Optional | 4.67 | 102.74 |
| Parking County | 10.00 | 220.00 |
| Aflac Insurance | 47.37 | 1,042.14 |
| LELS-Union Dues | 24.50 | 539.00 |

### ADDITIONAL PAYMENTS

| Description | Hours | Rate | This Pay | Y-T-D |
|---|---|---|---|---|
| Contract Pay | | | | 160.00 |
| Longevity PERA Taxable | | | | 65.08 |
| Uniform Allwnc | | | | 907.50 |

### ACCRUALS

| Description | Prior | Earned | Taken | Balance |
|---|---|---|---|---|
| PTO Hrs Accrd | 169.20 | 9.86 | 8.00 | 171.06 |
| Prs Day Accrd | 16.00 | 0.00 | 8.00 | 8.00 |

### BENEFITS (* taxable)

| Description | This Pay | Y-T-D |
|---|---|---|
| FICA ER Contribution | 223.81 | 5,077.00 |
| Medicare ER Contribution | 52.34 | 1,187.36 |
| Health Ins ER | 15.00 | 330.00 |
| VEBA Contrib ER | | 1,160.00 |
| Life Insurance-ER | 1.75 | 38.50 |
| Other Benefits | 313.38 | 7,031.38 |

### SUMMARY

| | Earnings | Taxes | Deductions | Net Pay | Benefits |
|---|---|---|---|---|---|
| This Pay | 3,954.05 | 1,158.45 | 660.71 | 2,134.89 | 606.28 |
| Y-T-D | 89,460.64 | 26,103.45 | 14,626.91 | 48,730.28 | 14,824.24 |

### NET PAY DISTRIBUTION

| Description | Bank Account | Amount |
|---|---|---|
| Pay by Deposit | Checking ****185 | 2,134.89 |

### TAX FILING INFORMATION

| | Filing Status | # Exemptions | Add'l Exempt Amt | Add'l $ or % PP |
|---|---|---|---|---|
| Federal | Single | 0 | | |
| State | 01-Single | 0 | | |

### IMPORTANT MESSAGES



Stearns County
705 Courthouse Square
St Cloud, MN  56303
USA    320-656-3600

U S Bank
P. O. Box 64665
St Cloud, MN  55164-9424
USA

Pay Date  20171122
YYYY MM DD

PAY    Two Thousand One Hundred Thirty Four Dollars and 89 Cents    $2,134.89

TO    JOSEPH KLEBS
821 7TH ST N
SARTELL, MN  56377
USA

JAIL

**NON-NEGOTIABLE**

| Employee Name | Employee ID | Department | Rate/Salary | Period End | Pay Date | Net Pay |
|---|---|---|---|---|---|---|
| JOSEPH KLEBS | 030153 | COR-OFF-2 | 32.73/HR | 2017-10-27 | 2017-11-09 | $1,797.24 |

### EARNINGS

| Description | Hours | Rate | This Pay | Y-T-D |
|---|---|---|---|---|
| PTO Pd $ | 18.75 | 32.73 | 613.65 | 4,573.12 |
| Hldy Wrkd @ 2.0 $ | | | | 229.10 |
| Employer Contribution | | | 387.50 | 8,137.50 |
| FTO | | | | 52.00 |
| Shift | | | 3.85 | 897.25 |
| OT @1.5 $ | 7.00 | 49.09 | 343.65 | 11,337.35 |
| Overtime @ 1.0 $ | | | | 589.11 |
| Comp Pd $ | 5.25 | 32.73 | 171.82 | 1,972.53 |
| Personal Dy $ | | | | 261.83 |
| Hldy Wrkd @1.5 $ | | | | 3,005.41 |
| Hldy Pd $ | | | | 40.01 |
| Reg $ | 56.00 | 32.73 | 1,832.78 | 53,278.80 |

### TAXES WITHHELD

| Description | This Pay | Y-T-D |
|---|---|---|
| FICA-EE Deduction | 186.56 | 4,853.19 |
| Medicare EE-Deduction | 43.63 | 1,135.02 |
| Fed Tax | 523.02 | 14,251.15 |
| State Tax STE | 177.11 | 4,705.64 |

### OTHER DEDUCTIONS (* reduces tax)

| Description | This Pay | Y-T-D |
|---|---|---|
| *PERA Corrections-EE | 172.90 | 4,453.92 |
| *PERA Retro-EE | | 3.79 |
| *Medica Ins | 284.00 | 5,964.00 |
| *Dental | 61.57 | 1,292.97 |
| Short Term Dis-Optional | 20.68 | 434.18 |
| Long Term Dis-Optional | 4.67 | 98.07 |
| Parking County | 10.00 | 210.00 |
| Aflac Insurance | 47.37 | 994.77 |
| LELS-Union Dues | 24.50 | 514.50 |

### ADDITIONAL PAYMENTS

| Description | Hours | Rate | This Pay | Y-T-D |
|---|---|---|---|---|
| Contract Pay | | | | 160.00 |
| Longevity PERA Taxable | | | | 65.08 |
| Uniform Allwnc | | | | 907.50 |

### ACCRUALS

| Description | Prior | Earned | Taken | Balance |
|---|---|---|---|---|
| Comp Hrs Accrd | 5.25 | 0.00 | 5.25 | 0.00 |
| PTO Hrs Accrd | 178.09 | 9.86 | 18.75 | 169.20 |
| Prs Day Accrd | 16.00 | 0.00 | 0.00 | 16.00 |

### BENEFITS (* taxable)

| Description | This Pay | Y-T-D |
|---|---|---|
| FICA ER Contribution | 186.56 | 4,853.19 |
| Medicare ER Contribution | 43.63 | 1,135.02 |
| Health Ins ER | 15.00 | 315.00 |
| VEBA Contrib ER | | 1,160.00 |
| Life Insurance-ER | 1.75 | 36.75 |
| **Other Benefits** | **260.82** | **6,718.00** |

### SUMMARY

| | Earnings | Taxes | Deductions | Net Pay | Benefits |
|---|---|---|---|---|---|
| This Pay | 3,353.25 | 930.32 | 625.69 | 1,797.24 | 507.76 |
| Y-T-D | 85,506.59 | 24,945.00 | 13,966.20 | 46,595.39 | 14,217.96 |

### NET PAY DISTRIBUTION

| Description | Bank Account | Amount |
|---|---|---|
| Pay by Deposit | Checking ****185 | 1,797.24 |

### TAX FILING INFORMATION

| | Filing Status | # Exemptions | Add'l Exempt Amt | Add'l $ or % PP |
|---|---|---|---|---|
| Federal | Single | 0 | | |
| State | 01-Single | 0 | | |

### IMPORTANT MESSAGES



**Stearns County**
705 Courthouse Square
St Cloud, MN 56303
USA   320-656-3600

**U S Bank**
P. O. Box 64665
St Cloud, MN 55164-9424
USA

Pay Date **20171109**
YYYY MM DD

PAY  One Thousand Seven Hundred Ninety Seven Dollars and 24 Cents    $1,797.24

TO  JOSEPH KLEBS
821 7TH ST N
SARTELL, MN 56377
USA

JAIL

## NON-NEGOTIABLE

| Employee Name | Employee ID | Department | Rate/Salary | Period End | Pay Date | Net Pay |
|---|---|---|---|---|---|---|
| JOSEPH KLEBS | 030153 | COR-OFF-2 | 32.73/HR | 2017-10-13 | 2017-10-26 | $2,153.06 |

### EARNINGS

| Description | Hours | Rate | This Pay | Y-T-D |
|---|---|---|---|---|
| PTO Pd $ | 8.00 | 32.73 | 261.83 | 3,959.47 |
| Hldy Wrkd @ 2.0$ | | | | 229.10 |
| Employer Contribution | | | 387.50 | 7,750.00 |
| FTO | | | | 52.00 |
| Shift | | | 23.66 | 893.40 |
| OT @1.5 $ | 11.50 | 49.09 | 564.56 | 10,993.70 |
| Overtime @ 1.0 $ | | | | 589.11 |
| Comp Pd $ | | | | 1,800.71 |
| Personal Dy $ | | | | 261.83 |
| Hldy Wrkd @1.5 $ | 8.00 | 49.09 | 392.74 | 3,005.41 |
| Hldy Pd $ | | | | 40.01 |
| Reg $ | 72.00 | 32.73 | 2,356.43 | 51,446.02 |

### TAXES WITHHELD

| Description | This Pay | Y-T-D |
|---|---|---|
| FICA-EE Deduction | 225.83 | 4,666.63 |
| Medicare EE-Deduction | 52.82 | 1,091.39 |
| Fed Tax | 672.15 | 13,728.13 |
| State Tax STE | 220.25 | 4,528.53 |

### ADDITIONAL PAYMENTS

| Description | Hours | Rate | This Pay | Y-T-D |
|---|---|---|---|---|
| Contract Pay | | | | 160.00 |
| Longevity PERA Taxable | | | | 65.08 |
| Uniform Allwnc | | | | 907.50 |

### OTHER DEDUCTIONS (* reduces tax)

| Description | This Pay | Y-T-D |
|---|---|---|
| *PERA Corrections-EE | 209.83 | 4,281.02 |
| *PERA Retro-EE | | 3.79 |
| *Medica Ins | 284.00 | 5,680.00 |
| *Dental | 61.57 | 1,231.40 |
| Short Term Dis-Optional | 20.67 | 413.50 |
| Long Term Dis-Optional | 4.67 | 93.40 |
| Parking County | 10.00 | 200.00 |
| Aflac Insurance | 47.37 | 947.40 |
| LELS-Union Dues | 24.50 | 490.00 |

### ACCRUALS

| Description | Prior | Earned | Taken | Balance |
|---|---|---|---|---|
| Comp Hrs Accrd | 5.25 | 0.00 | 0.00 | 5.25 |
| PTO Hrs Accrd | 176.23 | 9.86 | 8.00 | 178.09 |
| Prs Day Accrd | 16.00 | 0.00 | 0.00 | 16.00 |

### BENEFITS (* taxable)

| Description | This Pay | Y-T-D |
|---|---|---|
| FICA ER Contribution | 225.83 | 4,666.63 |
| Medicare ER Contribution | 52.82 | 1,091.39 |
| Health Ins ER | 15.00 | 300.00 |
| VEBA Contrib ER | | 1,160.00 |
| Life Insurance-ER | 1.75 | 35.00 |
| **Other Benefits** | **316.24** | **6,457.18** |

### SUMMARY

| | Earnings | Taxes | Deductions | Net Pay | Benefits |
|---|---|---|---|---|---|
| This Pay | 3,986.72 | 1,171.05 | 662.61 | 2,153.06 | 611.64 |
| Y-T-D | 82,153.34 | 24,014.68 | 13,340.51 | 44,798.15 | 13,710.20 |

### NET PAY DISTRIBUTION

| Description | Bank Account | Amount |
|---|---|---|
| Pay by Deposit | Checking ****185 | 2,153.06 |

### TAX FILING INFORMATION

| | Filing Status | # Exemptions | Add'l Exempt Amt | Add'l $ or % PP |
|---|---|---|---|---|
| Federal | Single | 0 | | |
| State | 01-Single | 0 | | |

### IMPORTANT MESSAGES

.



Stearns County
705 Courthouse Square
St Cloud, MN 56303
USA    320-656-3600

U S Bank
P. O. Box 64665
St Cloud, MN 55164-9424
USA

Pay Date 20171026
YYYY MM DD

PAY    Two Thousand One Hundred Fifty Three Dollars and 06 Cents    $2,153.06

TO    JOSEPH KLEBS
821 7TH ST N
SARTELL, MN 56377
USA

JAIL

**NON-NEGOTIABLE**

| Employee Name | Employee ID | Department | Rate/Salary | Period End | Pay Date | Net Pay |
|---|---|---|---|---|---|---|
| JOSEPH KLEBS | 030153 | COR-OFF-2 | 32.73/HR | 2017-09-29 | 2017-10-12 | $2,146.89 |

### EARNINGS

| Description | Hours | Rate | This Pay | Y-T-D |
|---|---|---|---|---|
| PTO Pd $ | | | | 3,697.64 |
| Hldy Wrkd @ 2.0$ | | | | 229.10 |
| Employer Contribution | | | 387.50 | 7,362.50 |
| FTO | | | | 52.00 |
| Shift | | | 37.13 | 869.74 |
| OT @1.5 $ | 19.00 | 49.09 | 932.76 | 10,429.14 |
| Overtime @ 1.0 $ | | | | 589.11 |
| Comp Pd $ | | | | 1,800.71 |
| Personal Dy $ | | | | 261.83 |
| Hldy Wrkd @1.5 $ | | | | 2,612.67 |
| Hldy Pd $ | | | | 40.01 |
| Reg $ | 80.00 | 32.73 | 2,618.26 | 49,089.59 |

### TAXES WITHHELD

| Description | This Pay | Y-T-D |
|---|---|---|
| FICA-EE Deduction | 225.15 | 4,440.80 |
| Medicare EE-Deduction | 52.65 | 1,038.57 |
| Fed Tax | 669.54 | 13,055.98 |
| State Tax STE | 219.44 | 4,308.28 |

### ADDITIONAL PAYMENTS

| Description | Hours | Rate | This Pay | Y-T-D |
|---|---|---|---|---|
| Contract Pay | | | | 160.00 |
| Longevity PERA Taxable | | | | 65.08 |
| Uniform Allwnc | | | | 907.50 |

### OTHER DEDUCTIONS (* reduces tax)

| Description | This Pay | Y-T-D |
|---|---|---|
| *PERA Corrections-EE | 209.19 | 4,071.19 |
| *PERA Retro-EE | | 3.79 |
| *Medica Ins | 284.00 | 5,396.00 |
| *Dental | 61.57 | 1,169.83 |
| Short Term Dis-Optional | 20.68 | 392.83 |
| Long Term Dis-Optional | 4.67 | 88.73 |
| Parking County | 10.00 | 190.00 |
| Aflac Insurance | 47.37 | 900.03 |
| LELS-Union Dues | 24.50 | 465.50 |

### ACCRUALS

| Description | Prior | Earned | Taken | Balance |
|---|---|---|---|---|
| Comp Hrs Accrd | 5.25 | 0.00 | 0.00 | 5.25 |
| PTO Hrs Accrd | 166.37 | 9.86 | 0.00 | 176.23 |
| Prs Day Accrd | 16.00 | 0.00 | 0.00 | 16.00 |

### BENEFITS (* taxable)

| Description | This Pay | Y-T-D |
|---|---|---|
| FICA ER Contribution | 225.15 | 4,440.80 |
| Medicare ER Contribution | 52.65 | 1,038.57 |
| Health Ins ER | 15.00 | 285.00 |
| VEBA Contrib ER | | 1,160.00 |
| Life Insurance-ER | 1.75 | 33.25 |
| **Other Benefits** | **315.28** | **6,140.94** |

### SUMMARY

| | Earnings | Taxes | Deductions | Net Pay | Benefits |
|---|---|---|---|---|---|
| This Pay | 3,975.65 | 1,166.78 | 661.98 | 2,146.89 | 609.83 |
| Y-T-D | 78,166.62 | 22,843.63 | 12,677.90 | 42,645.09 | 13,098.56 |

### NET PAY DISTRIBUTION

| Description | Bank Account | Amount |
|---|---|---|
| Pay by Deposit | Checking ****185 | 2,146.89 |

### TAX FILING INFORMATION

| | Filing Status | # Exemptions | Add'l Exempt Amt | Add'l $ or % PP |
|---|---|---|---|---|
| Federal | Single | 0 | | |
| State | 01-Single | 0 | | |

### IMPORTANT MESSAGES



Stearns County
705 Courthouse Square
St Cloud, MN  56303
USA     320-656-3600

U S Bank
P. O. Box 64665
St Cloud, MN  55164-9424
USA

Pay Date 20171012
YYYY MM DD

PAY    Two Thousand One Hundred Forty Six Dollars and 89 Cents        $2,146.89

TO    JOSEPH KLEBS
      821 7TH ST N
      SARTELL, MN  56377
      USA

JAIL

**NON-NEGOTIABLE**

| Employee Name | Employee ID | Department | Rate/Salary | Period End | Pay Date | Net Pay |
|---|---|---|---|---|---|---|
| JOSEPH KLEBS | 030153 | COR-OFF-2 | 32.73/HR | 2017-09-15 | 2017-09-28 | $2,529.09 |

### EARNINGS

| Description | Hours | Rate | This Pay | Y-T-D |
|---|---|---|---|---|
| PTO Pd $ | 8.00 | 32.73 | 261.83 | 3,697.64 |
| Hldy Wrkd @ 2.0$ | 3.50 | 65.46 | 229.10 | 229.10 |
| Employer Contribution | | | 387.50 | 6,975.00 |
| FTO | | | | 52.00 |
| Shift | | | 49.78 | 832.61 |
| OT @1.5 $ | 14.00 | 49.09 | 687.29 | 9,496.38 |
| Overtime @ 1.0 $ | | | | 589.11 |
| Comp Pd $ | | | | 1,800.71 |
| Personal Dy $ | | | | 261.83 |
| Hldy Wrkd @1.5 $ | 8.00 | 49.09 | 392.74 | 2,612.67 |
| Hldy Pd $ | | | | 40.01 |
| Reg $ | 72.00 | 32.73 | 2,356.43 | 46,471.33 |

### TAXES WITHHELD

| Description | This Pay | Y-T-D |
|---|---|---|
| FICA-EE Deduction | 268.02 | 4,215.65 |
| Medicare EE-Deduction | 62.68 | 985.92 |
| Fed Tax | 850.79 | 12,386.44 |
| State Tax STE | 271.94 | 4,088.84 |

### ADDITIONAL PAYMENTS

| Description | Hours | Rate | This Pay | Y-T-D |
|---|---|---|---|---|
| Contract Pay | | | | 160.00 |
| Longevity PERA Taxable | | | | 65.08 |
| Uniform Allwnc | | | 302.50 | 907.50 |

### OTHER DEDUCTIONS (* reduces tax)

| Description | This Pay | Y-T-D |
|---|---|---|
| *PERA Corrections-EE | 231.87 | 3,862.00 |
| *PERA Retro-EE | | 3.79 |
| *Medica Ins | 284.00 | 5,112.00 |
| *Dental | 61.57 | 1,108.26 |
| Short Term Dis-Optional | 20.67 | 372.15 |
| Long Term Dis-Optional | 4.67 | 84.06 |
| Parking County | 10.00 | 180.00 |
| Aflac Insurance | 47.37 | 852.66 |
| LELS-Union Dues | 24.50 | 441.00 |

### ACCRUALS

| Description | Prior | Earned | Taken | Balance |
|---|---|---|---|---|
| Comp Hrs Accrd | 0.00 | 5.25 | 0.00 | 5.25 |
| PTO Hrs Accrd | 164.51 | 9.86 | 8.00 | 166.37 |
| Prs Day Accrd | 16.00 | 0.00 | 0.00 | 16.00 |

### BENEFITS (* taxable)

| Description | This Pay | Y-T-D |
|---|---|---|
| FICA ER Contribution | 268.02 | 4,215.65 |
| Medicare ER Contribution | 62.68 | 985.92 |
| Health Ins ER | 15.00 | 270.00 |
| VEBA Contrib ER | | 1,160.00 |
| Life Insurance-ER | 1.75 | 31.50 |
| Other Benefits | 349.31 | 5,825.66 |

### SUMMARY

| | Earnings | Taxes | Deductions | Net Pay | Benefits |
|---|---|---|---|---|---|
| This Pay | 4,667.17 | 1,453.43 | 684.65 | 2,529.09 | 696.76 |
| Y-T-D | 74,190.97 | 21,676.85 | 12,015.92 | 40,498.20 | 12,488.73 |

### NET PAY DISTRIBUTION

| Description | Bank Account | Amount |
|---|---|---|
| Pay by Deposit | Checking ****185 | 2,529.09 |

### TAX FILING INFORMATION

| | Filing Status | # Exemptions | Add'l Exempt Amt | Add'l $ or % PP |
|---|---|---|---|---|
| Federal | Single | 0 | | |
| State | 01-Single | 0 | | |

### IMPORTANT MESSAGES



Stearns County
705 Courthouse Square
St Cloud, MN  56303
USA      320-656-3600

U S Bank
P. O. Box 64665
St Cloud, MN  55164-9424
USA

Pay Date  20170928
YYYY MM DD

PAY   Two Thousand Five Hundred Twenty Nine Dollars and 09 Cents        $2,529.09

TO    JOSEPH KLEBS
      821 7TH ST N
      SARTELL, MN  56377
      USA

**NON-NEGOTIABLE**

JAIL

| Employee Name | Employee ID | Department | Rate/Salary | Period End | Pay Date | Net Pay |
|---|---|---|---|---|---|---|
| JOSEPH KLEBS | 030153 | COR-OFF-2 | 32.73/HR | 2017-09-01 | 2017-09-14 | $2,007.26 |

### EARNINGS

| Description | Hours | Rate | This Pay | Y-T-D |
|---|---|---|---|---|
| PTO Pd $ | 6.98 | 32.73 | 228.44 | 3,435.81 |
| Employer Contribution | | | 387.50 | 6,587.50 |
| FTO | | | | 52.00 |
| Shift | | | | 33.00 | 
| | | | 782.83 | |
| OT @1.5 $ | 14.00 | 49.09 | 687.29 | 8,809.09 |
| Overtime @ 1.0 $ | | | | 589.11 |
| Comp Pd $ | 9.02 | 32.73 | 295.21 | 1,800.71 |
| Personal Dy $ | | | | 261.83 |
| Hldy Wrkd @1.5 $ | | | | 2,219.93 |
| Hldy Pd $ | | | | 40.01 |
| Reg $ | 64.00 | 32.73 | 2,094.60 | 44,114.90 |

### TAXES WITHHELD

| Description | This Pay | Y-T-D |
|---|---|---|
| FICA-EE Deduction | 209.67 | 3,947.63 |
| Medicare EE-Deduction | 49.04 | 923.24 |
| Fed Tax | 610.78 | 11,535.65 |
| State Tax STE | 201.86 | 3,816.90 |

### ADDITIONAL PAYMENTS

| Description | Hours | Rate | This Pay | Y-T-D |
|---|---|---|---|---|
| Contract Pay | | | | 160.00 |
| Longevity PERA Taxable | | | | 65.08 |
| Uniform Allwnc | | | | 605.00 |

### OTHER DEDUCTIONS (* reduces tax)

| Description | This Pay | Y-T-D |
|---|---|---|
| *PERA Corrections-EE | 194.64 | 3,630.13 |
| *PERA Retro-EE | | 3.79 |
| *Medica Ins | 284.00 | 4,828.00 |
| *Dental | 61.57 | 1,046.69 |
| Short Term Dis-Optional | 20.68 | 351.48 |
| Long Term Dis-Optional | 4.67 | 79.39 |
| Parking County | 10.00 | 170.00 |
| Aflac Insurance | 47.37 | 805.29 |
| LELS-Union Dues | 24.50 | 416.50 |

### ACCRUALS

| Description | Prior | Earned | Taken | Balance |
|---|---|---|---|---|
| Comp Hrs Accrd | 9.02 | 0.00 | 9.02 | 0.00 |
| PTO Hrs Accrd | 161.63 | 9.86 | 6.98 | 164.51 |
| Prs Day Accrd | 16.00 | 0.00 | 0.00 | 16.00 |

### BENEFITS (* taxable)

| Description | This Pay | Y-T-D |
|---|---|---|
| FICA ER Contribution | 209.67 | 3,947.63 |
| Medicare ER Contribution | 49.04 | 923.24 |
| Health Ins ER | 15.00 | 255.00 |
| VEBA Contrib ER | | 1,160.00 |
| Life Insurance-ER | 1.75 | 29.75 |
| **Other Benefits** | **293.44** | **5,476.35** |

### SUMMARY

| | Earnings | Taxes | Deductions | Net Pay | Benefits |
|---|---|---|---|---|---|
| This Pay | 3,726.04 | 1,071.35 | 647.43 | 2,007.26 | 568.90 |
| Y-T-D | 69,523.80 | 20,223.42 | 11,331.27 | 37,969.11 | 11,791.97 |

### NET PAY DISTRIBUTION

| Description | Bank Account | Amount |
|---|---|---|
| Pay by Deposit | Checking ****185 | 2,007.26 |

### TAX FILING INFORMATION

| | Filing Status | # Exemptions | Add'l Exempt Amt | Add'l $ or % PP |
|---|---|---|---|---|
| Federal | Single | 0 | | |
| State | 01-Single | 0 | | |

### IMPORTANT MESSAGES

.



Stearns County
705 Courthouse Square
St Cloud, MN  56303
USA       320-656-3600

U S Bank
P. O. Box 64665
St Cloud, MN  55164-9424
USA

Pay Date  20170914
YYYY MM DD

PAY   Two Thousand Seven Dollars and 26 Cents             $2,007.26

TO    JOSEPH KLEBS
      821 7TH ST N
      SARTELL, MN  56377
      USA

**NON-NEGOTIABLE**

JAIL

| Employee Name | Employee ID | Department | Rate/Salary | Period End | Pay Date | Net Pay |
|---|---|---|---|---|---|---|
| JOSEPH KLEBS | 030153 | COR-OFF-2 | 32.73/HR | 2017-08-18 | 2017-08-31 | $2,337.29 |

### EARNINGS

| Description | Hours | Rate | This Pay | Y-T-D |
|---|---|---|---|---|
| PTO Pd $ | 16.00 | 32.73 | 523.65 | 3,207.37 |
| Employer Contribution | | | | 6,200.00 |
| FTO | | | | 52.00 |
| Shift | | | 46.61 | 749.83 |
| OT @1.5 $ | 22.75 | 49.09 | 1,116.85 | 8,121.80 |
| Overtime @ 1.0 $ | | | | 589.11 |
| Comp Pd $ | | | | 1,505.50 |
| Personal Dy $ | | | | 261.83 |
| Hldy Wrkd @1.5 $ | | | | 2,219.93 |
| Hldy Pd $ | | | | 40.01 |
| Reg $ | 64.00 | 32.73 | 2,094.60 | 42,020.30 |

### TAXES WITHHELD

| Description | This Pay | Y-T-D |
|---|---|---|
| FICA-EE Deduction | 234.47 | 3,737.96 |
| Medicare EE-Deduction | 54.83 | 874.20 |
| Fed Tax | 704.30 | 10,924.87 |
| State Tax STE | 230.35 | 3,615.04 |

### OTHER DEDUCTIONS (* reduces tax)

| Description | This Pay | Y-T-D |
|---|---|---|
| *PERA Corrections-EE | 220.47 | 3,435.49 |
| *PERA Retro-EE | | 3.79 |
| *Medica Ins | | 4,544.00 |
| *Dental | | 985.12 |
| Short Term Dis-Optional | | 330.80 |
| Long Term Dis-Optional | | 74.72 |
| Parking County | | 160.00 |
| Aflac Insurance | | 757.92 |
| LELS-Union Dues | | 392.00 |

### ADDITIONAL PAYMENTS

| Description | Hours | Rate | This Pay | Y-T-D |
|---|---|---|---|---|
| Contract Pay | | | | 160.00 |
| Longevity PERA Taxable | | | | 65.08 |
| Uniform Allwnc | | | | 605.00 |

### ACCRUALS

| Description | Prior | Earned | Taken | Balance |
|---|---|---|---|---|
| Comp Hrs Accrd | 9.02 | 0.00 | 0.00 | 9.02 |
| PTO Hrs Accrd | 167.77 | 9.86 | 16.00 | 161.63 |
| Prs Day Accrd | 16.00 | 0.00 | 0.00 | 16.00 |

### BENEFITS (* taxable)

| Description | This Pay | Y-T-D |
|---|---|---|
| FICA ER Contribution | 234.47 | 3,737.96 |
| Medicare ER Contribution | 54.83 | 874.20 |
| Health Ins ER | | 240.00 |
| VEBA Contrib ER | | 1,160.00 |
| Life Insurance-ER | | 28.00 |
| **Other Benefits** | 330.90 | 5,182.91 |

### SUMMARY

| | Earnings | Taxes | Deductions | Net Pay | Benefits |
|---|---|---|---|---|---|
| This Pay | 3,781.71 | 1,223.95 | 220.47 | 2,337.29 | 620.20 |
| Y-T-D | 65,797.76 | 19,152.07 | 10,683.84 | 35,961.85 | 11,223.07 |

### NET PAY DISTRIBUTION

| Description | Bank Account | Amount |
|---|---|---|
| Pay by Deposit | Checking ****185 | 2,337.29 |

### TAX FILING INFORMATION

| | Filing Status | # Exemptions | Add'l Exempt Amt | Add'l $ or % PP |
|---|---|---|---|---|
| Federal | Single | 0 | | |
| State | 01-Single | 0 | | |

### IMPORTANT MESSAGES



**Stearns County**
705 Courthouse Square
St Cloud, MN 56303
USA     320-656-3600

**U S Bank**
P. O. Box 64665
St Cloud, MN 55164-9424
USA

Pay Date **20170831**
YYYY MM DD

PAY    Two Thousand Three Hundred Thirty Seven Dollars and 29 Cents              $2,337.29

TO    **JOSEPH KLEBS**
821 7TH ST N
SARTELL, MN 56377
USA

**NON-NEGOTIABLE**

JAIL

| Employee Name | Employee ID | Department | Rate/Salary | Period End | Pay Date | Net Pay |
|---|---|---|---|---|---|---|
| JOSEPH KLEBS | 030153 | COR-OFF-2 | 32.73/HR | 2017-08-04 | 2017-08-17 | $2,314.67 |

### EARNINGS

| Description | Hours | Rate | This Pay | Y-T-D |
|---|---|---|---|---|
| PTO Pd $ | | | | 2,683.72 |
| Employer Contribution | | | 387.50 | 6,200.00 |
| FTO | | | | 52.00 |
| Shift | | | 54.18 | 703.22 |
| OT @1.5 $ | 25.00 | 49.09 | 1,227.31 | 7,004.95 |
| Overtime @ 1.0 $ | | | | 589.11 |
| Comp Pd $ | | | | 1,505.50 |
| Personal Dy $ | | | | 261.83 |
| Hldy Wrkd @1.5 $ | | | | 2,219.93 |
| Hldy Pd $ | | | | 40.01 |
| Reg $ | 80.00 | 32.73 | 2,618.26 | 39,925.70 |

### TAXES WITHHELD

| Description | This Pay | Y-T-D |
|---|---|---|
| FICA-EE Deduction | 244.46 | 3,503.49 |
| Medicare EE-Deduction | 57.18 | 819.37 |
| Fed Tax | 748.33 | 10,220.57 |
| State Tax STE | 242.47 | 3,384.69 |

### ADDITIONAL PAYMENTS

| Description | Hours | Rate | This Pay | Y-T-D |
|---|---|---|---|---|
| Contract Pay | | | | 160.00 |
| Longevity PERA Taxable | | | | 65.08 |
| Uniform Allwnc | | | | 605.00 |

### OTHER DEDUCTIONS (* reduces tax)

| Description | This Pay | Y-T-D |
|---|---|---|
| *PERA Corrections-EE | 227.36 | 3,215.02 |
| *PERA Retro-EE | | 3.79 |
| *Medica Ins | 284.00 | 4,544.00 |
| *Dental | 61.57 | 985.12 |
| Short Term Dis-Optional | 20.67 | 330.80 |
| Long Term Dis-Optional | 4.67 | 74.72 |
| Parking County | 10.00 | 160.00 |
| Aflac Insurance | 47.37 | 757.92 |
| LELS-Union Dues | 24.50 | 392.00 |

### ACCRUALS

| Description | Prior | Earned | Taken | Balance |
|---|---|---|---|---|
| Comp Hrs Accrd | 9.02 | 0.00 | 0.00 | 9.02 |
| PTO Hrs Accrd | 157.91 | 9.86 | 0.00 | 167.77 |
| Prs Day Accrd | 16.00 | 0.00 | 0.00 | 16.00 |

### BENEFITS (* taxable)

| Description | This Pay | Y-T-D |
|---|---|---|
| FICA ER Contribution | 244.46 | 3,503.49 |
| Medicare ER Contribution | 57.18 | 819.37 |
| Health Ins ER | 15.00 | 240.00 |
| VEBA Contrib ER | | 1,160.00 |
| Life Insurance-ER | 1.75 | 28.00 |
| Other Benefits | 342.54 | 4,852.01 |

### SUMMARY

| | Earnings | Taxes | Deductions | Net Pay | Benefits |
|---|---|---|---|---|---|
| This Pay | 4,287.25 | 1,292.44 | 680.14 | 2,314.67 | 660.93 |
| Y-T-D | 62,016.05 | 17,928.12 | 10,463.37 | 33,624.56 | 10,602.87 |

### NET PAY DISTRIBUTION

| Description | Bank Account | Amount |
|---|---|---|
| Pay by Deposit | Checking ****185 | 2,314.67 |

### TAX FILING INFORMATION

| | Filing Status | # Exemptions | Add'l Exempt Amt | Add'l $ or % PP |
|---|---|---|---|---|
| Federal | Single | 0 | | |
| State | 01-Single | 0 | | |

### IMPORTANT MESSAGES



**Stearns County**
705 Courthouse Square
St Cloud, MN  56303
USA    320-656-3600

**U S Bank**
P. O. Box 64665
St Cloud, MN  55164-9424
USA

Pay Date **20170817**
YYYY MM DD

PAY    Two Thousand Three Hundred Fourteen Dollars and 67 Cents    $2,314.67

TO    **JOSEPH KLEBS**
821 7TH ST N
SARTELL, MN  56377
USA

JAIL

**NON-NEGOTIABLE**

| Employee Name | Employee ID | Department | Rate/Salary | Period End | Pay Date | Net Pay |
|---|---|---|---|---|---|---|
| JOSEPH KLEBS | 030153 | COR-OFF-2 | 32.73/HR | 2017-07-21 | 2017-08-03 | $2,062.57 |

### EARNINGS

| Description | Hours | Rate | This Pay | Y-T-D |
|---|---|---|---|---|
| PTO Pd $ | 8.00 | 32.73 | 261.83 | 2,683.72 |
| Employer Contribution | | | 387.50 | 5,812.50 |
| FTO | | | | 52.00 |
| Shift | | | 36.03 | 649.04 |
| OT @1.5 $ | 16.00 | 49.09 | 785.48 | 5,777.64 |
| Overtime @ 1.0 $ | | | | 589.11 |
| Comp Pd $ | | | | 1,505.50 |
| Personal Dy $ | | | | 261.83 |
| Hldy Wrkd @1.5 $ | | | | 2,219.93 |
| Hldy Pd $ | | | | 40.01 |
| Reg $ | 72.00 | 32.73 | 2,356.43 | 37,307.44 |

### TAXES WITHHELD

| Description | This Pay | Y-T-D |
|---|---|---|
| FICA-EE Deduction | 215.95 | 3,259.03 |
| Medicare EE-Deduction | 50.50 | 762.19 |
| Fed Tax | 636.34 | 9,472.24 |
| State Tax STE | 208.58 | 3,142.22 |

### ADDITIONAL PAYMENTS

| Description | Hours | Rate | This Pay | Y-T-D |
|---|---|---|---|---|
| Contract Pay | | | | 160.00 |
| Longevity PERA Taxable | | | | 65.08 |
| Uniform Allwnc | | | | 605.00 |

### OTHER DEDUCTIONS (* reduces tax)

| Description | This Pay | Y-T-D |
|---|---|---|
| *PERA Corrections-EE | 200.54 | 2,987.66 |
| *PERA Retro-EE | | 3.79 |
| *Medica Ins | 284.00 | 4,260.00 |
| *Dental | 61.57 | 923.55 |
| Short Term Dis-Optional | 20.68 | 310.13 |
| Long Term Dis-Optional | 4.67 | 70.05 |
| Parking County | 10.00 | 150.00 |
| Aflac Insurance | 47.37 | 710.55 |
| LELS-Union Dues | 24.50 | 367.50 |

### ACCRUALS

| Description | Prior | Earned | Taken | Balance |
|---|---|---|---|---|
| Comp Hrs Accrd | 9.02 | 0.00 | 0.00 | 9.02 |
| PTO Hrs Accrd | 156.05 | 9.86 | 8.00 | 157.91 |
| Prs Day Accrd | 16.00 | 0.00 | 0.00 | 16.00 |

### BENEFITS (* taxable)

| Description | This Pay | Y-T-D |
|---|---|---|
| FICA ER Contribution | 215.95 | 3,259.03 |
| Medicare ER Contribution | 50.50 | 762.19 |
| Health Ins ER | 15.00 | 225.00 |
| VEBA Contrib ER | | 1,160.00 |
| Life Insurance-ER | 1.75 | 26.25 |
| **Other Benefits** | **302.30** | **4,509.47** |

### SUMMARY

| | Earnings | Taxes | Deductions | Net Pay | Benefits |
|---|---|---|---|---|---|
| This Pay | 3,827.27 | 1,111.37 | 653.33 | 2,062.57 | 585.50 |
| Y-T-D | 57,728.80 | 16,635.68 | 9,783.23 | 31,309.89 | 9,941.94 |

### NET PAY DISTRIBUTION

| Description | Bank Account | Amount |
|---|---|---|
| Pay by Deposit | Checking ****185 | 2,062.57 |

### TAX FILING INFORMATION

| | Filing Status | # Exemptions | Add'l Exempt Amt | Add'l $ or % PP |
|---|---|---|---|---|
| Federal | Single | 0 | | |
| State | 01-Single | 0 | | |

### IMPORTANT MESSAGES

.



Stearns County
705 Courthouse Square
St Cloud, MN 56303
USA     320-656-3600

U S Bank
P. O. Box 64665
St Cloud, MN 55164-9424
USA

Pay Date **20170803**
YYYY MM DD

PAY   Two Thousand Sixty Two Dollars and 57 Cents                    $2,062.57

TO    **JOSEPH KLEBS**
      821 7TH ST N
      SARTELL, MN 56377
      USA

**NON-NEGOTIABLE**

JAIL

| Employee Name | Employee ID | Department | Rate/Salary | Period End | Pay Date | Net Pay |
|---|---|---|---|---|---|---|
| JOSEPH KLEBS | 030153 | COR-OFF-2 | 32.73/HR | 2017-07-07 | 2017-07-20 | $2,091.13 |

### EARNINGS

| Description | Hours | Rate | This Pay | Y-T-D |
|---|---|---|---|---|
| PTO Pd $ | 16.00 | 32.73 | 523.65 | 2,421.89 |
| Employer Contribution | | | 387.50 | 5,425.00 |
| FTO | | | | 52.00 |
| Shift | | | 21.73 | 613.01 |
| OT @1.5 $ | 12.00 | 49.09 | 589.11 | 4,992.16 |
| Overtime @ 1.0 $ | 8.00 | 32.73 | 261.83 | 589.11 |
| Comp Pd $ | 1.00 | 32.73 | 32.73 | 1,505.50 |
| Personal Dy $ | | | | 261.83 |
| Hldy Wrkd @1.5 $ | | | | 2,219.93 |
| Hldy Pd $ | | | | 40.01 |
| Reg $ | 63.00 | 32.73 | 2,061.88 | 34,951.01 |

### TAXES WITHHELD

| Description | This Pay | Y-T-D |
|---|---|---|
| FICA-EE Deduction | 219.12 | 3,043.08 |
| Medicare EE-Deduction | 51.25 | 711.69 |
| Fed Tax | 648.38 | 8,835.90 |
| State Tax STE | 212.25 | 2,933.64 |

### ADDITIONAL PAYMENTS

| Description | Hours | Rate | This Pay | Y-T-D |
|---|---|---|---|---|
| Contract Pay | | | | 160.00 |
| Longevity PERA Taxable | | | | 65.08 |
| Uniform Allwnc | | | | 605.00 |

### OTHER DEDUCTIONS (* reduces tax)

| Description | This Pay | Y-T-D |
|---|---|---|
| *PERA Corrections-EE | 203.52 | 2,787.12 |
| *PERA Retro-EE | | 3.79 |
| *Medica Ins | 284.00 | 3,976.00 |
| *Dental | 61.57 | 861.98 |
| Short Term Dis-Optional | 20.67 | 289.45 |
| Long Term Dis-Optional | 4.67 | 65.38 |
| Parking County | 10.00 | 140.00 |
| Aflac Insurance | 47.37 | 663.18 |
| LELS-Union Dues | 24.50 | 343.00 |

### ACCRUALS

| Description | Prior | Earned | Taken | Balance |
|---|---|---|---|---|
| Comp Hrs Accrd | 10.02 | 0.00 | 1.00 | 9.02 |
| PTO Hrs Accrd | 162.19 | 9.86 | 16.00 | 156.05 |
| Prs Day Accrd | 16.00 | 0.00 | 0.00 | 16.00 |

### BENEFITS (* taxable)

| Description | This Pay | Y-T-D |
|---|---|---|
| FICA ER Contribution | 219.12 | 3,043.08 |
| Medicare ER Contribution | 51.25 | 711.69 |
| Health Ins ER | 15.00 | 210.00 |
| VEBA Contrib ER | | 1,160.00 |
| Life Insurance-ER | 1.75 | 24.50 |
| Other Benefits | 306.77 | 4,207.17 |

### SUMMARY

| | Earnings | Taxes | Deductions | Net Pay | Benefits |
|---|---|---|---|---|---|
| This Pay | 3,878.43 | 1,131.00 | 656.30 | 2,091.13 | 593.89 |
| Y-T-D | 53,901.53 | 15,524.31 | 9,129.90 | 29,247.32 | 9,356.44 |

### NET PAY DISTRIBUTION

| Description | Bank Account | Amount |
|---|---|---|
| Pay by Deposit | Checking ****185 | 2,091.13 |

### TAX FILING INFORMATION

| | Filing Status | # Exemptions | Add'l Exempt Amt | Add'l $ or % PP |
|---|---|---|---|---|
| Federal | Single | 0 | | |
| State | 01-Single | 0 | | |

### IMPORTANT MESSAGES



**Stearns County**
705 Courthouse Square
St Cloud, MN  56303
USA        320-656-3600

**U S Bank**
P. O. Box 64665
St Cloud, MN  55164-9424
USA

Pay Date **20170720**
YYYY MM DD

PAY   Two Thousand Ninety One Dollars and  13  Cents                $2,091.13

TO   **JOSEPH KLEBS**
821 7TH ST N
SARTELL, MN  56377
USA

**NON-NEGOTIABLE**

JAIL

| Employee Name | Employee ID | Department | Rate/Salary | Period End | Pay Date | Net Pay |
|---|---|---|---|---|---|---|
| JOSEPH KLEBS | 030153 | COR-OFF-2 | 32.73/HR | 2017-06-23 | 2017-07-06 | $2,056.53 |

### EARNINGS

| Description | Hours | Rate | This Pay | Y-T-D |
|---|---|---|---|---|
| PTO Pd $ | 40.00 | 32.73 | 1,309.13 | 1,898.24 |
| Employer Contribution | | | 387.50 | 5,037.50 |
| FTO | | | | 52.00 |
| Shift | | | 25.30 | 591.28 |
| OT @1.5 $ | 16.00 | 49.09 | 785.47 | 4,403.05 |
| Overtime @ 1.0 $ | | | | 327.28 |
| Comp Pd $ | 8.00 | 32.73 | 261.83 | 1,472.77 |
| Personal Dy $ | | | | 261.83 |
| Hldy Wrkd @1.5 $ | | | | 2,219.93 |
| Hldy Pd $ | | | | 40.01 |
| Reg $ | 32.00 | 32.73 | 1,047.30 | 32,889.13 |

### TAXES WITHHELD

| Description | This Pay | Y-T-D |
|---|---|---|
| FICA-EE Deduction | 215.28 | 2,823.96 |
| Medicare EE-Deduction | 50.35 | 660.44 |
| Fed Tax | 633.81 | 8,187.52 |
| State Tax STE | 207.86 | 2,721.39 |

### ADDITIONAL PAYMENTS

| Description | Hours | Rate | This Pay | Y-T-D |
|---|---|---|---|---|
| Contract Pay | | | | 160.00 |
| Longevity PERA Taxable | | | | 65.08 |
| Uniform Allwnc | | | | 605.00 |

### OTHER DEDUCTIONS (* reduces tax)

| Description | This Pay | Y-T-D |
|---|---|---|
| *PERA Corrections-EE | 199.91 | 2,583.60 |
| *PERA Retro-EE | | 3.79 |
| *Medica Ins | 284.00 | 3,692.00 |
| *Dental | 61.57 | 800.41 |
| Short Term Dis-Optional | 20.68 | 268.78 |
| Long Term Dis-Optional | 4.67 | 60.71 |
| Parking County | 10.00 | 130.00 |
| Aflac Insurance | 47.37 | 615.81 |
| LELS-Union Dues | 24.50 | 318.50 |

### ACCRUALS

| Description | Prior | Earned | Taken | Balance |
|---|---|---|---|---|
| Comp Hrs Accrd | 18.02 | 0.00 | 8.00 | 10.02 |
| PTO Hrs Accrd | 192.33 | 9.86 | 40.00 | 162.19 |
| Prs Day Accrd | 16.00 | 0.00 | 0.00 | 16.00 |

### BENEFITS (* taxable)

| Description | This Pay | Y-T-D |
|---|---|---|
| FICA ER Contribution | 215.28 | 2,823.96 |
| Medicare ER Contribution | 50.35 | 660.44 |
| Health Ins ER | 15.00 | 195.00 |
| VEBA Contrib ER | 680.00 | 1,160.00 |
| Life Insurance-ER | 1.75 | 22.75 |
| **Other Benefits** | **301.36** | **3,900.40** |

### SUMMARY

| | Earnings | Taxes | Deductions | Net Pay | Benefits |
|---|---|---|---|---|---|
| This Pay | 3,816.53 | 1,107.30 | 652.70 | 2,056.53 | 1,263.74 |
| Y-T-D | 50,023.10 | 14,393.31 | 8,473.60 | 27,156.19 | 8,762.55 |

### NET PAY DISTRIBUTION

| Description | Bank Account | Amount |
|---|---|---|
| Pay by Deposit | Checking ****185 | 2,056.53 |

### TAX FILING INFORMATION

| | Filing Status | # Exemptions | Add'l Exempt Amt | Add'l $ or % PP |
|---|---|---|---|---|
| Federal | Single | 0 | | |
| State | 01-Single | 0 | | |

### IMPORTANT MESSAGES



Stearns County
705 Courthouse Square
St Cloud, MN  56303
USA      320-656-3600

U S Bank
P. O. Box 64665
St Cloud, MN  55164-9424
USA

Pay Date 20170706
YYYY MM DD

PAY   Two Thousand Fifty Six Dollars and 53 Cents                    $2,056.53

TO    JOSEPH KLEBS
      821 7TH ST N
      SARTELL, MN  56377
      USA

**NON-NEGOTIABLE**

JAIL